IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:04-cr-64-01 |
| | ) |
| | ) Judge Jordan |
| DOUGLAS EUGENE HURST, JR. | ) |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Dougals Eugene Hurst, Jr., and the defendant admits that he has violated conditions of his supervised release as set forth in the Petition. An agreement has been reached between the parties recommending that Mr. Hurst's supervised release should be revoked and that he should receive a sentence of eight (8) months incarceration with twenty-four (24) months supervised release to follow.

Mr. Hurst agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered that the violations admitted by the defendant are "Grade C" violations. There is a statutory maximum of two years imprisonment which the Court has considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18

U.S.C. §3553(a) while taking into consideration all of those factors.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of eight (8) months to be followed by twenty-four (24) months supervised release. Defendant shall have the same supervised release conditions which were previously ordered.

It is RECOMMENDED that the Bureau of Prisons designate Defendant to the Bureau of Prisons facility at Coleman, Florida.

_____
Honorable R. Leon Jordan
United States District Judge

APPROVED FOR ENTRY:

_____
Cynthia Davidson
Assistant U.S. Attorney

_____
Jonathan Moffatt
Attorney for Defendant

_____
Douglas Eugene Hurst, Jr.
Defendant

_____
Trine Robinette
U.S. Probation Office

2